PROVIDENCE-WASHINGTON INSURANCE COMPANY V. BUCK-
STAFF BROTHERS MANUFACTURING COMPANY.

SPRING GARDEN INSURANCE COMPANY V. BUCKSTAFF
BROTHERS MANUFACTURING COMPANY.

WESTERN ASSURANCE COMPANY V. BUCKSTAFF BROTH-
ERS MANUFACTURING COMPANY.

COMMERCIAL UNION ASSURANCE COMPANY V. BUCKSTAFF
BROTHERS MANUFACTURING COMPANY.

FILED DECEMBER 21, 1897.   Nos. 7669, 7670, 7671, 7672.

Insurance: PROOFS OF LOSS: CLASSIFICATION OF PROPERTY: VALUE.

ERROR from the district court of Lancaster county.
Tried below before HALL, J.   *Affirmed.*

*Sylvester G. Williams* and *Stevens, Love & Cochran,* for
plaintiffs in error.

*Charles O. Whedon, contra.*

RYAN, C.

The four cases above described were submitted on the
record and argument in *Granite State Fire Ins. Co. v. Buck-
staff Brothers Mfg. Co.,* 53 Neb. 123.   It being conceded
that the decision in the case last named must determine
the result in each of said four cases, the judgment in
each is likewise

AFFIRMED.